UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __10CV62145 WJZ__ .

**The attached hand-written document
has been scanned and is
also available in the
SUPPLEMENTAL
PAPER FILE**

United States District Court
Southern District of Florida

Case no#. 10-62145
CIV-Zloch.
Magistrate Judge P.A. White

Edward Stryker
Plaintiff

vs

Dade Correctional Institution
et. Al.
Defendants

FILED by JU D.C.
FEB 18 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## An Amended Complaint of Endangerment

The plaintiff Edward Stryker filed a pro se civil rights suit pursuant to 42 USC 1983. Alleging unlawfull endangerment. By officals at Dade correctional institution.

As Amended as Follows Reads wrongfull excewize of Athority willfull and wanting Reckless conduct that causes Endangerment! and as you'l see they clearly violated my Rights and Amendments of the constitution of Laws of the United States of America!

It is well settled that the failure of prison officals to control or Keep seperate prisoners who endanger the physical safty of another prisoner (expecary the visualy impaired as I am.) the constitution Requires officals to take all Reasonable precautions to protect inmates from <u>Known Danger</u>!

my complaint of Endangerment is on the follaing officals →

① Officer Holmes Sargent.
② Captian LiBano
③ Classification Officer Thorton.
④ Warden Harris
⑤ Assistent Warden
⑥ Sargent Green on Bravo Shift

As Follows why

① Sargent Holmes called in the alligation and had me put in confinement purposly.

② Captian LiBano ordered me into the Room after I told him of the Danger. Oked the housed alone order! \Put me in a lifethearting situation/

③ Classifation Officer Thorton while Doing her Rounds left me in harms way knowing the Danger I was in, looked me in the eyes callously and didnt say a word to me, knowing she put a order on the Door of coffinement (Housed alone inmate!) and is responcible for placing me in a lifethearting situation. By allowing me to put in a Room with a violent inmate pending CMI for killing his roomate!? I was attacked and was injured but no permant Phycal injurys. Bu~~t~~ mental and Emotional Distress from a violent assault + Battery! the actions of this attack was outragious and Extremely frighting! and very shocking. and will suffer these mental + Emotional Distress + anxiety for some time! as a result from the attack!

④ Warden Harris DiD his Round and ignored all housed alone warnings with out question posted on the confinement Door on inmates welfares →

Fase Sheet.
As no (5)
(3)

Assistant warden. also made Rounds with all the other Defendants in this complaint, Knowling leaving me in Pertiant Danger. Because all the Rooms in confinement each individal Room has a fase Sheet on the Door for each inmate in the Room. and a detalled sheet of violatons in which there in confinement for and each Shift each officer has to sign that Sheet to verity all Rounds are made. and a Violent inmate, pending on I for murder of a nother Timate, with a (housed alone) order is certanly a Reckless and willfull wanting Endangering conduct!

(6) Sargeant Green is the olny Defendant I want on Bravo Shift, cause he knows everyone and what they are there for and I spoke to him sevral times as well as LiBano about the nature of my Roomates Richard weires actons, in the Room, and was told he wont kill ya Just Ruff ya up a Little.
So yes he also Left me in a life theatins situateon as well as all the Defendents on this complaint!
So To this amended complaint I Beliue it is my Riant and Responcibly to state a claim of conduct under color of state law complained of in this civil Riants suit violated the plantffs Riants, privileges, or immunities under the constitutional, or laws of the united states.

→

Statement of Facts pg 4

I Edward Stryker age 51 with a Disability of Being visualy impaired totaly Blind in my left Eye. and with low vision in my Right!
Being at Dade CI my Disabality was well known I had a orderly to assist me around the compound. and All the Defendants were well aware of my visual impairment. and Refused me my helper.
I was put in confinement in Room # 3217L Foxtrot Dorm at Dade CI. in Fla City confinement unit. with a violent inmate named Richard weire BC82615 DC# who violently aggressive prior Record of killing one Roomate and violently attacking another. Choking him unconscious then taking advantage of him Tied him up his hand + feet while unconscious and having his way with him. as he did with me! He grabbed me as I was peeing and choked me in a millitary choke hold. put me to sleep within seconds." - he whispered in my ear before I lost consciousness he had Aids and he wanted to die and he was going to kill me. as a punishment, as he killed his last Roomate - as a lesson to the officer For putting me in with him.
Richard weire was pending CMI and posted Housed alone!
We also Broke fire sprinklers in his Room in confinement and set his sheets on fire in the Room! and the officers put another man in his Room!
→

⑤

But the Daily Rounds of Classification Officer Ms Thortan, had him Immediately Removed! and placed in another Room. (the same Day) But I was Left in that Room for 7 Days. and all of the Officers, Sargeants, Lieutenants. and classification officers made Round signed the Daily Check List 3 Snifts Every Snift has to sign in every Daily Room Sheet? So there was no way not To Know, I was not Suppost to Be in that Room. with a note on the door posted on his fase sheet (Housed alone)? Order made By classification officer (Ms Thortan) approved By Sargeant Green and the captian LiBano. Yet She came to the Room and Looked at me and Left me there. Callously, knowingly Left me in harms way. In Life threating danger! Expecially me not knowing and finding out she moved the guy out Before me to safty— knowing the dangerous Violent nature Richard Weire was capable of? he Realy hurt me. He damaged my mind and I have trouble and cant handle people now? Im nervous and will never forget the trama of waking up on the floor with a man over me with a open Razor Blade and Realizing, Im tied up Helplessly – I Lost it. and Just cant Beluve that something so terriBle happened to me, again in the safty of my authorities – I will never forget the feeling of Being choked untill passing out! →

⑥

thinking I'm being killed. Gasping for Breath Helplessly falling out of consciousness.
I had to Be out around 30-45 minuets Before coming-to Realizing, I'm hog-tied as he had done Before to his last Roomate. and after Killing the one Before that!
I Don't understand how and why I ended up in a Room with a aggressive violent man who killed one Roomate, Strangle another set a fire and damaged fire equipment and all that don't put up <u>Red flags?</u>
Oh yea they were on the face Sheet on the front of the Room door? and I WAS PUT in there (Intentionaly. in a life threatening situation.)
When I came too, and saw him standing over me with a open Razor and a crazed look?
I Realized the situation was very Sericose—. and Started screaming Bloody murder.
The officers on Duty came and aprehended him. Cut me lose. I Ran for my life screaming and crying, I only had shorts, no shoes and a P.J. Top.
a officer got me and locked me in a shower downstairs for 1 Hour., Imagine 50 years old visualy impaired Blind in Left totaly. <u>tramitized scared for Life—"</u>
I was taken to Kendal medical trama center.
Acct # K014386195. ADm/Serv Date 03/30/10
Kendall Regional medical center. Seen Silversmith Jessica
U# K643879.
→

I was questioned, X-Rayed. And treated for minor neck injurys. I was injured! But suffered minor injurys, no perment physical damage. I was there for hours givin a shot for pain and trama. I was Reasted around 11pm. with no shoes cuffed and snakelld in snorts and a P.J. Top. Barefoot at 11pm outside? Brought back to Dade CI confinement unit F Dorm. and put in Room 3118L. where my assailant lived in a Room Right upstairs? when he knew I was back from the hospital he taunted me to the Air vent". I complained to the officer on Bravo shift that Richard Weire was taunting me, I was told by a officer on duty that I got what I deserved? So I know I was put in a life theating situation intentional and deliberate is endangerment and negligent on officals I depend on and whos Responcible fa my safty and my protection. But they all ignored all warnings signs Expecialy (the Housed alone) Order? posted on the front door. Knowingly the Risk and willfull + wanting dangers they put me in and left me in danger Resulting in a violent attack. they left me in harm's way. Because as the actions and omissions of the officals involved I'm seeking nomanal damages and any other damages this Honorable court deems fit I'm asking for punitive Relief officaly and inacualy also please for Reckless Endangerment. →

and awarded damages this Honorable court deems fit, and my filling fee and all court and attorney fee's also included in these Damages!

I have wittnesses to verify this. violation:
no #

1. Thomas Jones T39152
2. Ronald Spring 121444
3. Rafael Olivera M44059
4. Richard Weird 082615. the assailant.

I pray that this Honorable court gives me Relief and awards me damages Beyond nomanal? Damages.

I thank you.

I hereby CERTIFY that a TRue and correct copy of the forgoing has been sent to the following the court clerk Room 8N09 of the United States District court. Southern District of Florida 400 north Miami Avenue Miami Florida. 33128-7716
By US mail on this <u>mon</u> day of <u>14th</u> 2011.
FeBuary.

Edward C STRYKER
688289 Q1112 U
WAKulla c.I. 110 MELALEUCA
Drive crawfordville fla 38327